# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| **In Re:** | **QUIANA M. MATTISON** : | Case No. 09-60325 |
| | : | |
| | : | Chapter 13 |
| | : | |
| | Debtor. : | Judge John E. Hoffman, Jr. |

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

Now comes QUIANA M. MATTISON by and through the undersigned counsel, and respectfully provides this Honorable Court with notice of a change of address for the Debtor:

QUIANA M. MATTISON
5200 Cedar Dr. Apartment K
Columbus, Ohio 43232

Respectfully submitted,

Dated: 5 January 2015

*s/ Mark Albert Herder*
Mark Albert Herder (0061503)
Attorney for the Debtor
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:   614.444.5290
Fax:   614.444.4446